UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Marilyn L Hamilton

**FILED**

FEB 1 3 2017

KATE BARKMAN, Clerk
By_____Dep. Clerk

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Spring Village at Floral Vale
Woodbine Senior Living
Deb Budnar Executive Director
Calista Grace Oberholtzer Director of admissions
Daryl McCombs
Steven Gaylor Operation Manager
Gloria Brock Co-founder
Kennyetta Davis (Kennyetta Davis)
Victoria Cuervas
Brian W. Waerig Esq

amended

**COMPLAINT**

Jury Trial: ☐ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | |
|---|---|---|
| | Street Address | |
| | County, City | |
| | State & Zip Code | |
| | Telephone Number | |

Rev. 10/2009

17-CV-231

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Deb Bodnar
Street Address: 1000 Township line Road
County, City: Yardley
State & Zip Code: Pa 19067

Defendant No. 2
Name: Calista Grace Oberholtzer
Street Address: 1000 Township line Rd
County, City: Yardley
State & Zip Code: Pa 19067

Defendant No. 3
Name: Kennyetta Davis
Street Address: 1000 Township Line Road
County, City: Yardley
State & Zip Code: Pa 19067

Defendant No. 4
Name: Victoria Cuervas
Street Address: 1000 Township line Road
County, City: Yardley
State & Zip Code: Pa 19067

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   ☒ Federal Questions   ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Job discrimination based on my disability, I was not allowed to work at Spring Village because I was hearing Impaired.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___ USA ___

Defendant(s) state(s) of citizenship ___ USA ___

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Directly at Spring Village at Floral Vale in March 21, 2016__

B. What date and approximate time did the events giving rise to your claim(s) occur? __March 21, 2016 — April 13, 2016__

**[What happened to you?]**

C. Facts: __I Applied for a Job as a CNA Certified Nursing Assistant. I participated in the Jobs open Interviews. At the open Interviews meeting Calista hollered at me angrily and told me to stand up in front of everyone while the woman was talking because she noticed that I was wearing a hearing aide.__

_See Attache typed_

**[Who did what?]**

__See Attachee typed.__

**[Was anyone else involved?]**

**[Who else saw what happened?]**

Rev. 10/2009      - 3 -

17-CV-231

#17-cv-231  Judge Quinn

In March 2016 Spring Village at Floral Vale had listed open opportunities of employment ,and that they were holding group interviews for cna meaning certified Nursing assistant. I was informed by an employment notice which was listed on jobs matching my skills from Careerlink including Indeed about the various openings and date of open interviews. I called but did not allow the operator to inform that I had a hearing loss to find out what shifts they had full time openings in. When I learned from receptionist that they had all shifts and all positions and were hiring and holding a group interview in a week I went in.

When I went to the group interview there were about 6 other applicants we all were told where the meeting was in the great living room we sat at tables filled out applications. Shortly members, heads, supervisors, directors from all the departments showed up at the meeting we were all fine we were asked questions such as what positions we were applying to what are names were and given information regarding Spring Village at Floral Vale when suddenly while meeting was taking place a woman who was wearing a cast on her leg and foot at the time who had crutches( Callista Oberhaltzer Caucasian female Admissions Director) Picture provided of the women) who was slowing going through the room looking around looked at me began angrily saying "hey hey get up get up stand up" I looked at where she was pointing nobody was in the direction except me. A few candidates told me she was talking to me and I stood up. Callista Oberhaltzer said" She is Deaf" while pointing at me and shaking her finger. (as if when somebody has a gun and is shooting at someone). The Executive Director Deb Bodnar asked me what was my name I said it softly not loud enough another staff asked Deb Bodnar Executive Director caucasian female at the time said what is her name again so I said it again softly and I sat back down most of the staff began writing my name down. I was trembling but I managed to stay and try and get a job. I went through everything the full process a member showed us around the building. I then went on to the job interview part I met with Kenyatta Davis,

17cv231

who informed me that she had to ask her supervisor if she could have me working here I said okay and was dismissed. (Same day as of group interviews)

I received another call from Kennyetta Davis ( African American Female) she gave me a second interview.Interviewed me then offered me the job, however she didn't give me a start date at all she stated she would call me by Monday to inform me what date I was to start I was happy and said okay and thanked her.However I did not hear from Kennyetta Davis at all until 3/31/16 on voicemail.

On 3/31/16 I received a call from Spring Village the machine was retrieved that call came from Kennyatta Davis who had called me regarding employment who I was expecting a call from to start position. I called back on the same day Victoria questioned me as to who called me I informed her that I received a call from Kennyatta ( Black female) she stated oooh Kenetta then she stated Kennetta went home for the day however each time I called including the first time Kennetta would always talk to me harshly she had a rude tone in her voice. I called the next business day including other days. I continued to call on the bussiness days until Victoria Cuervas stated on 4/13/16 that Kennetta already knows that I called and that she was not going to give Kennyetta any more messages! Okayyyyyyyyyy!!! Then she hung up.

I am truly wanting respect I was discriminated from doing work because I have a hearing loss which is labeled as hearing impairment now Hard of hearing I am fully capable of doing the work and all works listed available such as Cna, Housekeeping, Food service, (prep cook) Laundry aide. These jobs are always listed open at Spring Village at Floral Vale even today they are available. I hold experiences in every position,but I hold education in Food Service and Cna. I can do any job and can do Cna certified Nursing assistant well I only would need special accommodation for the training portion of the job which would be a sign language interpreter or job coach with sign language skills. Vocation

Rehabilitation know as OVR a governmental agency would have been very assistive they can and will and have provided me with hearing aids, temporary accommodations to support with getting and holding a job including a job coach who is very assistive. I only require special accommodations for the training of the job then I would be able to learn each residents needs, ways plan for each individual. I can do the work well and have had a cna since July 2004 till now this is how I had my Cna from 2004 till now. You must have worked in order to hold a Cna license, my license is still in effect. There is nothing at Spring Village at Floral Vale that I do not know how to do or cannot do with training provided and temporary special accommodation in which the employer could have provided rather than opting out of offering me work just because I had a hearing loss.

I have never heard back from Kennyetta Davis and calls were not returned. The directors were in the room when I was being discriminated openly by Callista Oberholtzer I never had a problem with Callista O. who had been very angry that I was trying to work and was deaf ,no one had a problem with Callista O. discriminating me in front of everyone and singling me out nothing was being done about it. I knew my rights and I knew I could do the job so I stayed to try and gain employment.

EEOC has found the violations by proper investigation EEOC as well as myself have tried to council with the employer including their attorney Mr. Brian. W Waerig Esq. Which has failed I was given the rights to sue notice in which I bring to the attention of U.S Federal Court.

Judge Quin 17cv231

In this I am requesting loss wages, attorney fees, court fees, punitive damages, anger, stress, hurt, sufferings, inability to pay my bills. I request employer be made to pay $13.9 million including attorney fees and court fees.

### IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was very embarrassed, miserable, down, didn't know how to stop being nervous. or my next job interviews was always shy and scared. Lost wages, opportunity, deppressed, angry, stress, inability to afford and pay bills, debts, car loans. I didn't know how I could ever have anything because I have a hearing loss that is not of my control.

### V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Court Costs paid by employeer
Attorney Fees paid by employer
Lost Wages
Punitive Damages
Anger, Stress, mental anguish
Sufferings, inability to pay bills
Relief of $13.9 Million

Taxes being removed by employer

17-CV-231

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of February, 2017

Signature of Plaintiff: Marilyn Houston
Mailing Address: 1752 Margaret St, Philadelphia, Pa. 19124
Telephone Number: 215 437 0314
Fax Number (if you have one): _____
E-mail Address: Ladysplace19124@yahoo.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

17-cv-231

17-CV 231



 **Spring Village at Floral Vale - A Woodbine Senior Living Community**
Like This Page · March 13, 2015 ·

With Callista Grace Oberholtzer.

Georgene Frey, Anne Marie Porcelli, Consuela Alelia Melendez and 13 others like this.

 **Josephine Rigos** You look fantastic and so young looking.
1 · March 13, 2015 at 10:11am
1 Reply

 **Spring Village at Floral Vale - A Woodbine Senior Living Community** Thanks, Jo...hope all is well with you.
March 13, 2015 at 12:37pm

 **Donna LaRotonda** Great picture! See you soon:)
1 · March 13, 2015 at 1:39pm
1 Reply

**Elaine Rita** Looking good girl!
1 · March 13, 2015 at 6:51pm

*Callista Oberholtzer*

Person who angrily yelled at me during group interviews and told me to get up stand up and pointed at me said "She is Deaf!" to other members.

17 CV 231



Deb, Bodnar Executive Director

Was there but did not do anything about Calista's behavior she permitted it wanted to know my name write it down.

17-CV 231



17-CV-231
M. Hanitten – Marilyn Hamilton



Find Jobs    Find Resumes    Employers / Post Job                                    Upload your resume    Sign in

what: spring village at floral vale
job title, keywords or company

where: Philadelphia, PA
city, state, or zip

Find Jobs    Advanced Job Search

**spring village at floral vale jobs in Philadelphia, PA**

Upload your resume - Let employers find you

Jobs 1 to 5 of 5

Get new jobs for this search by email
My email:

Sort by: relevance - date

**Distance:** within 25 miles

**Salary Estimate** $20,000+ (4)

**Job Type**
Full-time (3)
Part-time (3)

**Location**
Yardley, PA (5)
Spring Village At Floral Vale jobs

**Company**
Spring Village at Floral Vale (5)

**Experience Level**
Entry Level (5)

**Laundry Aide**
Spring Village at Floral Vale - Yardley, PA 19067
$9 an hour
Spring Village at Floral Vale, a memory care facility, is seeking to hire a Laundry Aide to be responsible for the following:....
Easily apply
12 days ago - save job - more...   *5-6 YRS*

**Activities Assistant**
Spring Village at Floral Vale - Yardley, PA 19067
$10 - $11 an hour
The Enrichment Assistant is responsible for consistently engaging residents in familiar routines of daily living through personalized Life Skills that "Create
Easily apply
25 days ago - save job - more...   *— 1 YR*

**Care Manager/CNA**
Spring Village at Floral Vale - Yardley, PA 19067
$24,000 a year
The Care Manager/CNA is responsible for providing the highest degree of quality care and services to a consistent group of residents and their families in our
Easily apply
30+ days ago - save job - more...   *13 YRS 2004 - Now*

**Housekeeper**
Spring Village at Floral Vale - Yardley, PA 19067
$9 - $11 an hour
The Housekeeper is responsible for performing housekeeping functions in our community in order to create a safe, secure, and inviting environment for residents,...
Easily apply
27 days ago - save job - more...   *5-6 YRS*

**Cook/Prep Cook** (circled)
Spring Village at Floral Vale - Yardley, PA 19067
$25,000 a year
Responsible for providing food for 50 residents at Memory Care Facility to include three meals and two snack socials per day while maintaining sanitary work...
Easily apply
30+ days ago - save job - more...   *4-5 YRS*

Also get an email with jobs recommended just for me

Activate

You can cancel email alerts at any time.

*✓ near all jobs I can do and years of experience*

**Never miss a job. Get new jobs emailed to you daily.**

Get email updates for the latest **spring village at floral vale jobs in Philadelphia, PA**

My email:                              Activate

Also get an email with jobs recommended just for me
You can cancel email alerts at any time.

*17-CV-231*