IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Marilyn L. Hamilton, | : |
|     Plaintiff, | : CIVIL ACTION |
| v. | : No. 17-231 |
| Spring Village at Floral Vale<br>Woodbine Senior Living,<br>Deb Bodnar, Calista Grace Oberholtzer,<br>Daryl McCombs, Stephen Gaylor,<br>Gloria Brock, Kenyatta Davis,<br>Victoria Cuevas and<br>Brian W. Waerig, Esq. | : |
|     Defendants. | : |

## ENTRY OF APPEARANCE

To the Clerk:

Kindly enter the appearance of Brian P. Shire, Esquire of Susanin, Widman & Brennan, P.C. on behalf of Defendants Spring Village at Floral Vale, Woodbine Senior Living, Deb Bodnar, Calista Grace Oberholtzer, Daryl McCombs, Stephen Gaylor, Gloria Brock, Kenyatta Davis, Victoria Cuevas, and Brian W. Waerig, Esq. in the above-captioned case.

SUSANIN, WIDMAN & BRENNAN, P.C.

By: _____
Brian P. Shire
Atty. ID. 306480

March 24, 2017

## CERTIFICATE OF SERVICE

I, Brian P. Shire, do hereby certify that on this 24th day of March, 2017, I caused a true and correct copy of the foregoing Entry of Appearance to be served, via United States Mail, upon the following:

>Marilyn L. Hamilton
>1752 Margaret Street
>Philadelphia, PA 19124

_____
Brian P. Shire