U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Marilyn L Hamilton | COURT CASE NUMBER 17 CV 231 |
|---|---|
| DEFENDANT Gloria Brock Co-Founder | TYPE OF PROCESS Civil Rights |

**SERVE** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gloria Brock Co-Founder of Woodbine Senior Living
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 11120 Doverdale Court Unit 27 Marriottsville, MD, 21104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Marilyn L Hamilton
1752 Margaret Street
Philadelphia, pa 19124

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                          Fold

2017

| Signature of Attorney or other Originator requesting service on behalf of: Marilyn Hamilton | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 2154370314 | DATE 2/13/17 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 06 | District to Serve No. 07 | Signature of Authorized USMS Deputy or Clerk Marie Lyall | Date 2-23-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Chantal Chi-Dir Business Mgmt. | ☑ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 3/20/17 | Time 11 23 | ☐am ☑pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee $65.00 | Total Mileage Charges (including endeavors) 40 miles $21.40 | Forwarding Fee $8.00 | Total Charges $94.40 | Advance Deposits | Amount owed to U.S. Marshal or $94.40 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

1 car    1 DUSM    1 hour    40 miles
Personally served by DUSM David Frost on 03/20/2017.